IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY LOU MAR,

    Plaintiff,                           No. CIV S-08-0644 EFB

    vs.

UNITED STATES OF AMERICA,

                                ORDER AND ORDER TO SHOW CAUSE

    Defendant.

                                /

        This action proceeds before the undersigned for all purposes pursuant to 28 U.S.C. § 636(c). Pursuant to order filed electronically on September 17, 2008,[1] a Status Conference was scheduled for October 22, 2008. Assistant U.S. Attorney Jason Ehrlinspiel appeared telephonically on behalf of defendant United States; however, no appearance was made on behalf of plaintiff, who is represented by attorney Erik Child. Mr. Child did, however, participate in the preparation of the Joint Status Report filed September 10, 2008.

        Plaintiff's counsel is hereby ORDERED to SHOW CAUSE, in writing, within ten (10) days from the filing date of this order, why sanctions should not be imposed for his failure to attend the Status Conference.

---

[1] Plaintiff's counsel was informed of the date of Status Conference by electronic service; no separate service by mail was made upon plaintiff.

1

1  Finally, the Status Conference is hereby CONTINUED to November 19, 2008, at 11:00
2  a.m., in Courtroom No. 25.  The parties need not file further status reports in contemplation of
3  the continued Status Conference.
4  SO ORDERED.
5  DATED: October 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE