IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY LOU MAR,

        Plaintiff,

    vs.

UNITED STATES OF AMERICA,

        Defendant.

              No. CIV S-08-0644 EFB

              ORDER

_____/

       This case was before the undersigned for a Status Conference scheduled for October 22, 2008. Assistant U.S. Attorney Jason Ehrlinspiel appeared telephonically on behalf of defendant United States. No appearance was made on behalf of plaintiff, who is represented by attorney Erik E. Child, although Mr. Child had participated in the preparation of the Joint Status Report filed September 10, 2008. Accordingly, by order filed October 29, 2008, the court ordered plaintiff's counsel to show cause why sanctions should not be imposed for his failure to appear at the Status Conference.

       Mr. Child has timely filed a response to the order to show cause in which he explains that he "has incorporated a new calendaring software, Amicus, and during the transition process erroneously miscalendared the date for the appearance and therefore did not appear." *See* Affidavit of Erik E. Child filed November 4, 2008. Mr. Child expresses his apologies to

1

opposing counsel and to the court, and states his intent to appear at the rescheduled Status Conference on November 19, 2008, at 11:00 a.m., in Courtroom No. 25.

      In light of Mr. Child's explanation the court hereby DISCHARGES its October 29, 2008, order to show cause (Dckt. No. 16) and declines to impose sanctions for the failure to appear.

SO ORDERED.

DATED:  November 13, 2008.

                                    EDMUND F. BRENNAN  
                                    UNITED STATES MAGISTRATE JUDGE